UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE-ANN BROMFIELD-THOMPSON

    Plaintiff,

v.               19-CV-5720 (CM)

AMERICAN UNIVERSITY OF ANTIGUA/
MANIPAL EDUCATION AMERICAS, LLC,

and

NBME

**RESPONSE TO COURT'S ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION**

  Plaintiff, Debbie-Ann Bromfield-Thompson, *pro se*, in response to this Court's order directing payment of fee or IFP Application hereby attaches her receipt showing that the filing fees have been paid, and states as follows:

  At the time that Plaintiff filed her lawsuit she submitted a payment of $400.00 to the Court and received a receipt acknowledging payment.

           Respectfully submitted,

           *[signature]*

           Debbie-Ann Bromfield-Thompson



RECEIVED AUG 12 2019 PRO SE OFFICE

```
Court Name: District Court
Division: 1
Receipt Number: 465401230729
Cashier ID: Jkramer
Transaction Date: 06/20/2019
Payer Name: DEBBIE ANN THOMPSON

CIVIL FILING FEE
For: DEBBIE ANN THOMPSON
Amount:         $400.00

CHECK
Check/Money Order Num: 077
Amt Tendered:   $400.00

Total Due:      $400.00
Total Tendered: $400.00
Change Amt:     $0.00

19CV6078 (UA)
```

Debbie Ann Bromfield-Thompson
1405 Kennedy St. N.W.
Washington, DC 20011

RECEIVED
2019 AUG -9 PM 12:43
SDNY PRO SE

Pro Se Intake
Clerk of the Court
U.S. District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007