UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE ANN BROMFIELD THOMPSON,

                    Plaintiff,

            -against-                              19-CV-5720 (CM)

AMERICAN UNIVERSITY OF ANTIGUA/          ORDER OF DISMISSAL
MANIPAL EDUCATION AMERICAS, LLC;
NBME,

                    Defendants.

COLLEEN McMAHON, Chief United States District Judge:

      Plaintiff, appearing *pro se*, brings this action under the Rehabilitation Act and the Americans with Disabilities Act. The Court dismisses the complaint for the following reasons.

      Plaintiff has previously submitted to this Court an identical complaint against the same Defendants asserting the same claims. That case is presently pending before the Honorable Jesse M. Furman of this Court under docket number 19-CV-6078. As this complaint raises the same claims, no useful purpose would be served by the filing and litigation of this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 19-CV-6078 (JMF).

      The Clerk of Court is directed to assign this matter to my docket, mail a copy of this order to Plaintiff, and note service on the docket. Plaintiff's complaint is dismissed without prejudice as duplicative. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

Dated:  August 14, 2019
           New York, New York

                                                        COLLEEN McMAHON
                                              Chief United States District Judge