UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEBBIE ANN BROMFIELD THOMPSON,

              Plaintiff,

      -against-

AMERICAN UNIVERSITY OF ANTIGUA/
MANIPAL EDUCATION AMERICAS, LLC;
NBME,

              Defendants.

19-CV-5720 (CM)

CIVIL JUDGMENT

Pursuant to the order issued August 14, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice to the pending action under docket number 19-CV-6078 (JMF). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   August 14, 2019
           New York, New York

                                                    COLLEEN McMAHON
                                          Chief United States District Judge